UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**INJAH TAFARI,**

                **Plaintiff,**                    **9:11-cv-1342**
                                                                        **(GLS/ATB)**

                v.

**DAVID ROCK et al.,**

                **Defendants.**
_____

## ORDER

On March 13, 2013, plaintiff *pro se* InJah Tafari was ordered to show cause as to how the conduct described in the court's Summary Order did not violate Federal Rule of Civil Procedure 11(b), and why this case should not be dismissed for that violation and perjury during the evidentiary hearing. (*See* Dkt. No. 35.) Although Tafari filed a response, he failed to provide sufficient justification for his previous conduct. (*See* Dkt. No. 39.) It follows that this case is dismissed as a sanction for violating Federal Rule of Civil Procedure 11(b) and, pursuant to the court's inherent authority to sanction a party that appears before it, for perjury during the evidentiary hearing.[1]

---

[1] Tafari's remaining pending motion is denied for the reasons stated in the court's November 21, 2012 order and/or because it is moot. (*See*

**ACCORDINGLY**, it is hereby

**ORDERED** that this case is **DISMISSED** as a sanction for violating Federal Rule of Civil Procedure 11(b) and, pursuant to the court's inherent authority to sanction a party that appears before it, for perjury during the evidentiary hearing; and it is further

**ORDERED** that the Clerk is directed to close this case and enter judgment for defendants; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties.

**IT IS SO ORDERED.**

April 2, 2013
Albany, New York

_____
Gary L. Sharpe
Chief Judge
U.S. District Court

---

Dkt. Nos. 27, 31.)